**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6264

HUGH GREGORY TURBEVILLE,

Plaintiff - Appellant,

versus

MICHAEL MOORE, Director, South Carolina De-
partment of Corrections,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Dennis W. Shedd, District Judge.
(CA-98-1475-0-19BD)

Submitted: May 25, 1999        Decided: June 2, 1999

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Hugh Gregory Turbeville, Appellant Pro Se. Charles Franklin Turner,
Jr., CLARKSON, FORTSON, WALSH & RHENEY, P.A., Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hugh Gregory Turbeville appeals the district court's order denying his motions for court-appointed counsel and for recusal of the magistrate judge. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED